COM.

v.

**WILLIAMS, A.**

**109 MDA 2017**

Superior Court of Pennsylvania.

07/31/2017

CP–06–CR–0004735–2009 (Berks)

Affirmed

**CHESTNUT, D.**

v.

**GARDNER, D.**

**262 MDA 2017**

Superior Court of Pennsylvania.

07/31/2017

15–00569

(Lycoming)

Affirmed

COM.

v.

**OKEY, P.**

**1157 WDA 2015**

Superior Court of Pennsylvania.

07/31/2017

CP–25–CR–0000601–2015 (Erie)

Affirmed/Vacated/Remanded

**GOLDBLATT, B.**

v.

**YOUNG, J.**

**692 WDA 2016**

Superior Court of Pennsylvania.

07/31/2017

No. 2010–3177

(Washington)

Affirmed, Reversed and Vacated

**GOLDBLATT, B.**

v.

**YOUNG, J.**

**741 WDA 2016**

Superior Court of Pennsylvania.

07/31/2017

2010–3177 (Washington)

Affirmed, Reversed and Vacated